UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN HODGES,

    Plaintiff,

v.

CORIZON; CORIZON OF MICHIGAN, f/k/a
PRISON HEALTH SERVICES, INC.; HARRIET
A. SQUIER, M.D.; ASTER BERHANE, M.D.;
JOSHUA A. BUSKIRK, P.A.; DANIEL A.
HEYNS; and GEORGE PRAMSTALLER,

    Defendants.

                                                                   /

Case No. 14-11837

Honorable John Corbett O'Meara

**ORDER ADOPTING MAGISTRATE JUDGE GRAND'S
FEBRUARY 6, 2015 REPORT AND RECOMMENDATION**

    This matter came before the court on Defendants' February 13, 2015 objections to Magistrate Judge David Grand's February 6, 2015 Report and Recommendation.

    The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Grand's report and recommendation as well as Defendants' objections. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions. It is noted that the report and recommendation included defendant Corizon of Michigan, formerly known as Prison Health Services, Inc., in its designation of "Corizon Defendants." Therefore, Magistrate Judge Grand's recommendation applies to that defendant as well.

    It is hereby **ORDERED** that Magistrate Judge Grand's February 6, 2013 report and recommendation is **ADOPTED.**

    It is further **ORDERED** that Defendants' June 16, 2015 motion to dismiss portions of Plaintiff's amended complaint is **GRANTED IN PART AND DENIED IN PART**.

Date: March 30, 2015                           s/John Corbett O'Meara
                                                        United States District Judge


      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 30, 2015, using the ECF system.

                                                        s/William Barkholz
                                                        Case Manager