UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN HODGES,

    Plaintiff,

v.

Case No. 14-11837

Honorable John Corbett O'Meara

CORIZON; CORIZON OF MICHIGAN, f/k/a
PRISON HEALTH SERVICES, INC.; HARRIET
A. SQUIER, M.D.; ASTER BERHANE, M.D.;
JOSHUA A. BUSKIRK, P.A.; DANIEL A.
HEYNS; and GEORGE PRAMSTALLER,

    Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE GRAND'S
APRIL 19, 2016 REPORT AND RECOMMENDATION

Before the court is Magistrate Judge David R. Grand's April 19, 2016 Report and Recommendation. No objection having been filed,

It is hereby ORDERED that the report and recommendation is ADOPTED.

It is further ORDERED that Defendants' February 22, 2016 motion to dismiss and for summary judgment (Doc. #47) is GRANTED and Plaintiff's claims against Defendants Daniel A. Heyns and George Pramstaller are dismissed in their entirety and with prejudice.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  June 10, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 10, 2016, using the ECF system.

                                            s/William Barkholz
                                            Case Manager