UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN HODGES,

     Plaintiff,

Case No. 14-11837

Honorable John Corbett O'Meara

v.

CORIZON HEALTH, INC., *et al.*,

     Defendants.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE GRAND'S JUNE 22, 2016 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge David R. Grand's June 22, 2016 Report and Recommendation, as well as Defendants' July 6, 2016 objections.

After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Grand's May 25, 2016 Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that the Corizon Defendant's motion for summary judgment is **GRANTED IN PART**, with respect to plaintiff Hodges' gross negligence claim (Count II), and **DENIED IN PART**, with respect to plaintiff Hodges' deliberate indifference claim (Count I).

                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  July 26, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 26, 2016, using the ECF system.

                                              s/William Barkholz
                                              Case Manager